## FIDELITY & CASUALTY COMPANY OF NEW YORK v. JELLICO GROCERY COMPANY.

Court of Appeals of Kentucky.

(Decided Feb. 16, 1934.)

LOW & BRYANT and J. A. HOGAN for appellant.
H. H. OWENS and A. T. SILER for appellee.
PER CURIAM.
Appeal denied; judgment affirmed.

## KYVA MOTOR COMPANY v. COMBS et al.

Court of Appeals of Kentucky.

(Decided Feb. 16, 1934.)

G. C. WILSON for appellant.
D. G. BOLEYN and JAMES BURNETTE for appellees.
PER CURIAM.
Appeal denied; judgment affirmed.

## CONN v. JONAS.

Court of Appeals of Kentucky.

(Decided Feb. 20, 1934.)

HARDIN H. CONN and COLEMAN TAYLOR for movant.
I. G. MASON, opposed.
PER CURIAM.
Appeal denied; judgment affirmed.